IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Andrew Resh, ) | Civil Action #  4:08-CV-00501-TLW-TER |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| Ameristep, Inc. and Primal Vantage Company, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

Having been advised by counsel for the parties that this case has settled, this Court entered an Order on November 10, 2009, noting that this action was dismissed without prejudice and that the matter would be dismissed with prejudice if no action was taken within 60 days. (Doc. #43). On December 11, 2009, the plaintiff's attorney of record filed a motion to reopen the case and for enforcement of the settlement agreement. (Doc. #47). Counsel for the defendants filed a response joining in the request for reopening of the case and enforcement of the settlement on December 15, 2009. (Doc. #49).

In the documents filed by the parties, it appears that the plaintiff has retained new counsel to represent him in this action. However, no notice of appearance by new counsel has been filed, nor has the plaintiff's current attorney been relieved from representation in this case. The plaintiff, Andrew Resh, **shall file a response** to the motion to reopen the case and for enforcement of the settlement agreement by **January 8, 2010**. The plaintiff's counsel of record shall promptly serve a copy of this Order on Andrew Resh as well as any attorneys that Mr. Resh has retained to represent him in this action.

**IT IS SO ORDERED.**

                                                             <u>s/Terry L. Wooten</u>  
                                                            United States District Judge

December 21, 2009  
Florence, South Carolina