

**SUMMIT ENGINEERING, L.L.P.**
P.O. BOX 211426
COLUMBIA, SC 29221-6426

TEL (803) 731-1200
FAX (803) 731-1202

Federal Identification Number: 57-0964452

June 6, 2008

**Invoice To:**
    Toni T. Pennington, Attorney at Law, LLC
    Post Office Box 899
    Pawleys Island, South Carolina 29585
        Attention: Ms. Toni T. Pennington

Reference:    Deer Stand Examination
               Location: Pawleys Island, South Carolina
               Summit File Number: DH303

INVOICE FOR SERVICES RENDERED THROUGH: June 6, 2008

**INVOICE NUMBER: DH303-06I19**

**SERVICES:**
    Engineer.........(    9.35 hours @    $160.00 /hour).. $    1,496.00

**EXPENSES:**
    Mileage..........(    348 miles @    $0.50 /mile)...$    174.00
    Photographic Expenses.................................$    54.84

                                                        TOTAL    $1,724.84

_Bryan R. Durig, Ph.D., P.E._

PAYMENT DUE:    July 6, 2008

Exhibit 8

**SPECIALISTS IN ENGINEERING ANALYSIS OF ACCIDENTS**

PAGE 2
June 6, 2008
**INVOICE NUMBER:** DH303-06I19

ENGINEER I

SERVICES RENDERED AT
$160.00 PER HOUR:

| DATE | TIME | DESCRIPTION |
|---|---|---|
| 10/19/07 | 9.35 hours | Travel to Pawleys Island, South Carolina; meet with Ms. Pennington and Mr. Resh to discuss fall accident; examine and photograph Climber deer stand; local travel to accident site; return travel to Columbia, South Carolina |
| | 9.35 HOURS | TOTAL |



**Summit Engineering, LLP.**
P.O Box 211426
Columbia, SC 29221-6426
Tel (803) 731-1200
Fax (803) 731-1202

# Invoice

| Date | Invoice # |
|---|---|
| 10/26/2009 | DH303 |
| Fed ID #: 57-0964452 | |

| Invoice To: | Reference |
|---|---|
| Toni Pennington Law Office<br>Post Office Box 899<br>Pawleys Island, South Carolina 29585<br>  Attn: Ms. Toni Pennington | Examination of Deer Stand<br>Resh vs. Primal Vantage<br>D.o.A.: September 1, 2007<br>Summit File No: DH303 |

| | Due Date |
|---|---|
| | 11/25/2009 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 05.28.09 Inspection of deer stand; examine cable under optical magnification; discussion with Ms. Pennington | 2.25 | 160.00 | 360.00 |
| 08.11.09 Review protocol and defense expert's reports | 1.65 | 160.00 | 264.00 |
| 09.09.09 Travel to/from Wilmington, Delaware; attend joint destructive examination of fractured cable; process photographs | 13.5 | 160.00 | 2,160.00 |
| 09.10.09 Process photographs | 0.75 | 160.00 | 120.00 |
| 09.10.09 Print material from Micron | 1 | 40.00 | 40.00 |
| 10.13.09 Telephone call from Ms. Pringle; photogrpah material returned from Micron | 1.25 | 160.00 | 200.00 |
| 10.14.09 Discussion with IMR laboratory employees concerning testing wire rope | 0.5 | 160.00 | 80.00 |
| 10.23.09 Draft preliminary report; review IMR analysis of wire rope samples | 2.5 | 160.00 | 400.00 |
| Air Travel | | 875.00 | 875.00 |
| Rental Car | | 173.74 | 173.74 |
| Mileage | 60 | 0.60 | 36.00 |
| Parking | | 13.50 | 13.50 |
| IMR Testing | | 180.00 | 180.00 |

Thank you for choosing Summit Engineering, LLP for your engineering services.

**Total $4,902.24**

*[signature]*
Bryan R. Durig, Ph.D., P.E.